Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Telephone:  (206) 327-2344
Facsimile:  (415) 436-9683
suhlemann@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  (760) 366-2232
Facsimile:  (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney
(D.C. Bar No. 468016)
Wildlife & Marine Resources Section
KRISTOFOR SWANSON, Trial Attorney
(CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404; (202) 305-0248
Facsimile: (202) 305-0275; (202) 305-0506
meredith.flax@usdoj.gov
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. 4:12-cv-06325-SBA <br><br> JOINT MOTION TO STAY INITIAL CASE DEADLINES PENDING RESOLUTION OF DEFENDANTS' MOTION TO TRANSFER VENUE |

The parties in the above-captioned action hereby move to stay the current initial case deadlines in this matter until resolution of Defendants' motion to transfer venue to the United States District Court for the District of Columbia (*see* ECF No. 15). Specifically, the parties seek to postpone the current deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint and the deadlines set forth in the Court's December 13, 2012, Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 2) as revised by the Court's February 13, 2013, Case Management Scheduling Order for Reassigned Civil Cases (ECF No. 16). This is the first request for a time modification of any kind in this case. Good cause exists for granting this motion, as follows:

1. Plaintiffs filed this action on December 13, 2012, and served Defendants with the Complaint on or around December 20, 2012. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants must answer or otherwise respond to the Complaint on or before February 19, 2013. The Court's Order Setting Initial Case Management Conference and ADR Deadlines set an initial case management conference for March 14, 2013, but the case management conference was rescheduled for May 22, 2013 after the case was reassigned.

2. Counsel for the parties held a conference call to discuss case management on January 24, 2013. At that time, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs intend to amend their complaint to add certain additional claims. Because of certain jurisdictional notice requirements that may apply to some of those claims, however, the complaint would not be amended until after March 4, 2013. *See* 16 U.S.C. § 1540(g). During the call, Defendants' counsel informed Plaintiffs' counsel that Defendants intended to move to transfer venue for this action to the United States District Court for the District of Columbia.

3. Defendants filed their motion to transfer venue on February 12, 2013 (ECF No. 15). Plaintiffs oppose the transfer, and the motion is set for a hearing on April 23, 2013.

4. Because Plaintiffs intend to amend their complaint after Defendants' current February 19 response date, that response date should be extended to avoid the duplication of effort and waste of resources in responding to a complaint that will be amended thereafter. In addition, if granted, Defendants' pending motion to transfer would remove the case from this Court's docket altogether. Thus, judicial economy favors staying the current initial case deadlines until the Court can resolve the motion to transfer. Rescheduling of Defendants' answer date, the date for filing the Case Management Statement, the initial case management conference, and the meet and confer and ADR deadlines set forth in the Court's December 13, 2012, scheduling order should therefore not occur until it is certain that this case will proceed in this jurisdiction. Should the court deny the motion to transfer venue, the parties propose to submit a proposed schedule within ten days of such denial.

Based upon the foregoing, the parties' motion to stay current initial case deadlines should be granted.

Respectfully submitted this 13th day of February, 2013,

       /s/ *Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Telephone: (206) 327-2344
Facsimile: (415) 436-9683

suhlemann@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  (760) 366-2232
Facsimile:  (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 436-9682
Facsimile:  (415) 436-9683
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO,
Assistant Attorney General
Environment & Natural Resources Division

  /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

  /s/ *Kristofor R. Swanson*
KRISTOFOR R. SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*

JOINT MOTION TO STAY                       3                   Case No. 4:12-cv-06325-SBA

PURSUANT TO STIPULATION, IT IS SO ORDERED:

2/15/13
Date            SAUNDRA BROWN ARMSTRONG
              United States District Judge

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED:  February 13, 2013          /s/ *Meredith L. Flax*
MEREDITH L. FLAX
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov