| | |
|---|---|
| Sarah Uhlemann (WA Bar No. 41164)* | ROBERT G. DREHER, |
| Center for Biological Diversity | Acting Assistant Attorney General |
| 2400 NW 80th Street, #146 | U.S. Department of Justice |
| Seattle, WA 98117 | Environment & Natural Resources Division |
| Phone:  (206) 327-2344 | |
| Facsimile:  (415) 436-9683 | MEREDITH L. FLAX |
| Email:  suhlemann@biologicaldiversity.org | Senior Trial Attorney |
| *Admitted *pro hac vice* | (D.C. Bar No. 468016) |
| | Wildlife & Marine Resources Section |
| Brendan Cummings (CA Bar No. 193952) | KRISTOFOR SWANSON |
| Center for Biological Diversity | Trial Attorney |
| P.O. Box 549 | (CO Bar No. 39378) |
| Joshua Tree, CA 92252 | Natural Resources Section |
| Phone:  (760) 366-2232 | Ben Franklin Station, P.O. Box 7611 |
| Facsimile:  (760) 366-2669 | Washington, D.C. 20044-7611 |
| Email:  bcummings@biologicaldiversity.org | Telephone: (202) 305-0404; (202) 305-0248 |
| | Facsimile: (202) 305-0275; (202) 305-0506 |
| Miyoko Sakashita (CA Bar No. 239639) | meredith.flax@usdoj.gov |
| Center for Biological Diversity | kristofor.swanson@usdoj.gov |
| 351 California Street, Suite 600 | |
| San Francisco, CA 94104 | *Attorneys for Defendants* |
| Phone:  (415) 436-9682 | |
| Facsimile:  (415) 436-9683 | |
| Email: miyoko@biologicaldiversity.org | |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) 4:12-cv-6325 SBA |
| | ) |
| Plaintiffs, | ) **JOINT SCHEDULE AND STIPULATION** |
| v. | ) |
| | ) |
| EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Joint ~~Proposed~~ Schedule and Stipulation                      1
4:12-cv-6325 SBA

Pursuant to the Court's February 20, 2013 Order and Local Rules 6-1, 6-2, and 7-12, the Parties jointly propose and stipulate to the following schedule for further proceedings in this case:

WHEREAS, on December 13, 2012, Plaintiffs Center for Biological Diversity, Pacific Environment, and Turtle Island Restoration Network filed this action against Defendants Export-Import Bank of the United States and Fred P. Hochberg, in his official capacity as Chairman and President of the Bank. Plaintiffs alleged Defendants violated the Endangered Species Act ("ESA"), the National Historic Preservation Act ("NHPA"), and the Administrative Procedure Act ("APA") in funding a natural gas project located in Queensland, Australia. Dkt. No. 1. Plaintiffs served Defendants with the Complaint on or around December 20, 2012;

WHEREAS, the initial case management conference for this case was scheduled for March 14, 2013, with the Alternative Dispute Resolution Certification, Stipulation/Notice of Need for ADR Conference, and meet and confer due February 21, 2013, and the Case Management Statement due March 7, 2013. Dkt. No. 2;

WHEREAS, on February 11, 2013, this case was re-assigned to Judge Saundra Brown Armstrong for all further proceedings, Dkt. No. 13, and the Court later rescheduled the initial case management conference for May 22, 2013, Dkt. No. 16;

WHEREAS, on February 12, 2013, Defendants filed a motion to transfer the case. Dkt. No. 15;

WHEREAS, on February 13, 2013, Plaintiffs and Defendants filed a Joint Motion to Stay Initial Case Deadlines Pending Resolution of Defendants' Motion to Transfer. Dkt. No. 17. Plaintiffs indicated their intention to amend their Complaint, and the Parties requested to postpone the deadlines for filing Defendants' Answer or other response to the Complaint, the Case Management Statement, and ADR statements, the deadline to meet and confer, and the date for the case management conference. The Parties stipulated that, should the Court deny the motion to transfer, the Parties would submit a proposed schedule within ten days of such denial;

WHEREAS, on February 20, 2013, the Court granted the Parties' Joint Motion to Stay Initial Case Deadlines. Dkt. No. 19; and

WHEREAS, on September 17, 2013, the Court denied Defendants' Motion to Transfer. Dkt. No. 25;

The Parties jointly propose and stipulate to the following schedule:

(1) Plaintiffs shall file an Amended Complaint on or before **October 4, 2013**;

(2) The Parties shall meet and confer on or before **October 11, 2013**;

(3) The Parties shall file their ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before **October 18, 2013**;

(4) The Parties shall file a Joint Case Management Statement on or before **October 18, 2013**.  In addition to addressing the matters required pursuant to this Court's Standing Order regarding the contents of a joint case management statement, the Parties' Case Management Statement will propose dates for further proceedings, including production of the administrative record and a summary judgment briefing schedule; and

(5) Defendants shall file their responsive pleading to Plaintiffs' Amended Complaint on or before **October 25, 2013**.

Dated:  September 30, 2013               Respectfully submitted,

_/s/  Sarah Uhlemann_____
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone:  (206) 327-2344
Facsimile:  (415) 436-9683
Email:  suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile:  (760) 366-2669
Email:  bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone:  (415) 436-9682

Facsimile:  (415) 436-9683
Email:  miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

ROBERT G. DREHER, Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

 /s/ Meredith L. Flax
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

KRISTOFOR R. SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0506
kristofor.swanson@usdoj.gov

Joint ~~Proposed~~ Schedule and Stipulation                4
4:12-cv-6325 SBA

1 PURSUANT TO STIPULATION, IT IS SO ORDERED, except a telephonic case management conference
2 will be held on October 31, 2013 at 3:15 p.m. The parties shall **meet and confer** prior to the conference and
3 shall prepare a joint Case Management Conference Statement which shall be filed no later than seven
4 (7) days prior to the Case Management Conference that complies with the Standing Order For All
5 Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be
6 responsible for filing the statement as well as for arranging the conference call. All parties shall be on
7 the line and shall call (510) 637-3559 at the above indicated date and time.

\_\_10/1/2013_____
Date

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Joint ~~Proposed~~ Schedule and Stipulation 5
4:12-cv-6325 SBA