ROBERT G. DREHER, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

KRISTOFOR SWANSON, Trial Attorney (CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,   Plaintiffs,     v.  EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,   Defendants. | 4:12-cv-06325-SBA  STIPULATION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

1. Pursuant to Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate to a stay of the above-captioned case in light of the lapse in appropriations to the federal government:

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the federal defendants. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this stipulation is granted, undersigned counsel for the Department of Justice will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the current deadlines be extended commensurate with the duration of the lapse in appropriations. The parties will meet and confer within two days of notification of the Court and file a proposal for a schedule for further proceedings in this case.

5. The United States greatly regrets any disruption caused to the Court and the other litigants.

Therefore, the parties hereby stipulate to a stay of the case until Congress has appropriated funds for the Department of Justice and Department attorneys are permitted to resume their usual civil litigation functions.

Dated: October 7, 2013          Respectfully submitted,

ROBERT G. DREHER, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov


  /s/ *Kristofor Swanson*
KRISTOFOR SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

*Counsel for Federal Defendants*


Dated: October 7, 2013      /s/ *Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Telephone: (206) 327-2344
Facsimile: (415) 436-9683
suhlemann@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org

*Counsel for Plaintiffs*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED:

2

3   ___10/8/2013_____                    *[signature: Saundra B Armstrong]*
    Date                                       SAUNDRA BROWN ARMSTRONG
4                                              United States District Judge

<u>ATTORNEY ATTESTATION OF CONCURRENCE</u>

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated:  October 7, 2013        /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov