ROBERT G. DREHER, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

KRISTOFOR SWANSON, Trial Attorney (CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>   Plaintiffs,<br>v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,<br><br>   Defendants. | 4:12-cv-06325-SBA<br><br>STIPULATION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate to a stay of the |
| 2 | above-captioned case in light of the lapse in appropriations to the federal government: |
| 3 | 1. At the end of the day on September 30, 2013, the appropriations act that had been |
| 4 | funding the Department of Justice expired and appropriations to the Department lapsed. The |
| 5 | same is true for most Executive agencies, including the federal defendants. The Department |
| 6 | does not know when funding will be restored by Congress. |
| 7 | 2. Absent an appropriation, Department of Justice attorneys and employees of the federal |
| 8 | defendants are prohibited from working, even on a voluntary basis, except in very limited |
| 9 | circumstances, including "emergencies involving the safety of human life or the protection of |
| 10 | property." 31 U.S.C. § 1342. |
| 11 | 3. Undersigned counsel for the Department of Justice therefore requests a stay of the case |
| 12 | until Congress has restored appropriations to the Department. |
| 13 | 4. If this stipulation is granted, undersigned counsel for the Department of Justice will |
| 14 | notify the Court as soon as Congress has appropriated funds for the Department. The |
| 15 | Government requests that, at that point, the current deadlines be extended commensurate with |
| 16 | the duration of the lapse in appropriations. The parties will meet and confer within two days of |
| 17 | notification of the Court and file a proposal for a schedule for further proceedings in this case. |
| 18 | 5. The United States greatly regrets any disruption caused to the Court and the other |
| 19 | litigants. |
| 20 | Therefore, the parties hereby stipulate to a stay of the case until Congress has |
| 21 | appropriated funds for the Department of Justice and Department attorneys are permitted to |
| 22 | resume their usual civil litigation functions. |
| 23 | Dated: October 7, 2013                Respectfully submitted, |
| 24 |  |
| 25 | ROBERT G. DREHER, Acting Assistant Attorney General<br>U.S. Department of Justice |
|   | Environment & Natural Resources Division |
| 26 |  |
| 27 | /s/ *Meredith L. Flax* |
|   | MEREDITH L. FLAX, Senior Trial Attorney |
| 28 | D.C. Bar No. 468016 |
|   | Wildlife & Marine Resources Section |

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

  /s/ *Kristofor Swanson*
KRISTOFOR SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

*Counsel for Federal Defendants*

Dated: October 7, 2013         /s/ *Sarah Uhlemann*
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Telephone: (206) 327-2344
Facsimile: (415) 436-9683
suhlemann@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org

*Counsel for Plaintiffs*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

   10/8/2013
Date                                 SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

| | |
|---|---|
| 1 | <u>ATTORNEY ATTESTATION OF CONCURRENCE</u> |
| 2 | I hereby attest that I have obtained concurrence in the filing for the signature of all |
| 3 | counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance |
| 4 | with Civil L.R. 5-1(i). |

Dated: October 7, 2013        /s/ *Meredith L. Flax*
                                                MEREDITH L. FLAX, Senior Trial Attorney
                                                D.C. Bar No. 468016
                                                Wildlife & Marine Resources Section
                                                Ben Franklin Station, P.O. Box 7611
                                                Washington, D.C. 20044-7611
                                                Telephone: (202) 305-0404
                                                Facsimile: (202) 305-0275
                                                meredith.flax@usdoj.gov

STIPULATION TO STAY CASE IN LIGHT                                    12-cv-06325-SBA
OF LAPSE IN APPROPRIATIONS