| | |
|---|---|
| Sarah Uhlemann (WA Bar No. 41164)* | ROBERT G. DREHER, |
| Center for Biological Diversity | Acting Assistant Attorney General |
| 2400 NW 80th Street, #146 | U.S. Department of Justice |
| Seattle, WA 98117 | Environment & Natural Resources Division |
| Phone:  (206) 327-2344 | |
| Facsimile:  (415) 436-9683 | MEREDITH L. FLAX |
| Email:  suhlemann@biologicaldiversity.org | Senior Trial Attorney |
| *Admitted *pro hac vice* | (D.C. Bar No. 468016) |
| | Wildlife & Marine Resources Section |
| Brendan Cummings (CA Bar No. 193952) | KRISTOFOR SWANSON |
| Center for Biological Diversity | Trial Attorney |
| P.O. Box 549 | (CO Bar No. 39378) |
| Joshua Tree, CA 92252 | Natural Resources Section |
| Phone:  (760) 366-2232 | Ben Franklin Station, P.O. Box 7611 |
| Facsimile:  (760) 366-2669 | Washington, D.C. 20044-7611 |
| Email:  bcummings@biologicaldiversity.org | Telephone: (202) 305-0404; (202) 305-0248 |
| | Facsimile: (202) 305-0275; (202) 305-0506 |
| Miyoko Sakashita (CA Bar No. 239639) | meredith.flax@usdoj.gov |
| Center for Biological Diversity | kristofor.swanson@usdoj.gov |
| 351 California Street, Suite 600 | |
| San Francisco, CA 94104 | *Attorneys for Defendants* |
| Phone:  (415) 436-9682 | |
| Facsimile:  (415) 436-9683 | |
| Email: miyoko@biologicaldiversity.org | |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) 4:12-cv-6325 SBA |
| Plaintiffs, | ) **JOINT SCHEDULE AND STIPULATION** |
| v. | ) |
| EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

Joint ~~Proposed~~ Schedule and Stipulation    1
4:12-cv-6325 SBA

Pursuant to the Court's October 8, 2013 Order and Local Rules 6-1, 6-2, 7-12, and 16-2, the Parties jointly propose and stipulate to the following schedule for further proceedings in this case:

WHEREAS, on December 13, 2012, Plaintiffs Center for Biological Diversity, Pacific Environment, and Turtle Island Restoration Network filed this action against Defendants Export-Import Bank of the United States and Fred P. Hochberg, in his official capacity as Chairman and President of the Bank. Plaintiffs alleged Defendants violated the Endangered Species Act ("ESA"), the National Historic Preservation Act ("NHPA"), and the Administrative Procedure Act ("APA") in funding a natural gas project located in Queensland, Australia. Dkt. No. 1. Plaintiffs served Defendants with the Complaint on or around December 20, 2012;

WHEREAS, the initial case management conference for this case was scheduled for March 14, 2013, with the Alternative Dispute Resolution Certification, Stipulation/Notice of Need for ADR Conference, and meet and confer due February 21, 2013, and the Case Management Statement due March 7, 2013. Dkt. No. 2;

WHEREAS, on February 11, 2013, this case was re-assigned to Judge Saundra Brown Armstrong for all further proceedings, Dkt. No. 13, and the Court later rescheduled the initial case management conference for May 22, 2013, Dkt. No. 16;

WHEREAS, on February 12, 2013, Defendants filed a motion to transfer the case. Dkt. No. 15;

WHEREAS, on February 13, 2013, Plaintiffs and Defendants filed a Joint Motion to Stay Initial Case Deadlines Pending Resolution of Defendants' Motion to Transfer. Dkt. No. 17. Plaintiffs indicated their intention to amend their Complaint and the Parties requested to postpone the deadlines for filing Defendants' Answer or other response to the Complaint, the Case Management Statement, and ADR statements, the deadline to meet and confer, and the date for the case management conference. The Parties stipulated that, should the Court deny the motion to transfer, the Parties would submit a proposed schedule within ten days of such denial;

WHEREAS, on February 20, 2013, the Court granted the Parties' Joint Motion to Stay Initial Case Deadlines. Dkt. No. 19;

WHEREAS, on September 17, 2013, the Court denied Defendants' Motion to Transfer. Dkt. No. 25;

WHEREAS, on September 30, 2013, the Parties filed a Joint Proposed Schedule and Stipulation for further proceedings in this case, which the Court signed on October 1, 2013.  Dkt. No. 27.  The Court further scheduled a telephonic Case Management Conference on October 31, 2013 at 3:15 pm and ordered the parties to file a joint Case Management Statement seven days prior to that conference, *i.e.*, on October 24, 2013;[1]

WHEREAS, Plaintiffs filed their amended complaint on October 4, 2013.  Dkt. No. 28;

WHEREAS, on October 7, 2013, the Parties filed a Stipulation to Stay in Light of Lapse in Appropriations, which the Court signed on October 8, 2013.  Dkt. No. 30.  The Stipulation required Defendants to notify the Court as soon as Congress appropriated funds for the Department of Justice.  *Id.*  The Stipulation also required the Parties to meet and confer within two days of notification of the Court and file a proposed schedule for further proceedings in this case.  *Id.*  The Government requested that the deadlines in the Parties' schedule be extended commensurate with the duration of the lapse in appropriations, which was 16 days;

WHEREAS, Defendants notified the Court on October 18, 2013 that Congress had appropriated funds for the Department of Justice.  Dkt. No. 31; and

WHEREAS, the Parties met and conferred on October 21, 2013 regarding a schedule for further proceedings in this case.

The Parties jointly propose and stipulate to the following schedule:

(1) The Parties shall meet and confer on or before **October 28, 2013**;

(2) The Parties shall file their ADR Certification and Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before **November 4, 2013**;

(3) The Parties shall file a Joint Case Management Statement on or before **November 4, 2013**.  In addition to  addressing the matters required pursuant to this Court's Standing Order regarding the

---

[1] The parties note that there was a discrepancy between the deadline for the parties' Joint Case Management Schedule in the stipulation signed by the Court (Dkt. No. 27) and a minute order issued the same day.  In the Stipulation, the parties had agreed to a date of October 18, 2013 for filing their Joint Case Management Statement.  In the minute order, the Court set a deadline of October 24, 2013 for the same document.  Should the Court similarly issue orders with conflicting deadlines, the parties intend to meet whichever deadline is later in time.

1  contents of a joint case management statement, the Parties' Case Management Statement will propose
2  dates for further proceedings, including production of the administrative record and a summary
3  judgment briefing schedule; and
4      (4) Defendants shall file their responsive pleading to Plaintiffs' Amended Complaint on or before
5  **November 11, 2013**.
6      The Parties further request that the Court reschedule the initial Case Management Conference after
7  the Parties have filed their Joint Case Management Statement on November 4, 2013.

8  Dated: October 22, 2013                    Respectfully submitted,

                                              ROBERT G. DREHER, Acting Assistant Attorney General
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division

                                               /s/ *Meredith L. Flax*
                                              MEREDITH L. FLAX, Senior Trial Attorney
                                              D.C. Bar No. 468016
                                              Wildlife & Marine Resources Section
                                              Ben Franklin Station, P.O. Box 7611
                                              Washington, D.C. 20044-7611
                                              Telephone: (202) 305-0404
                                              Facsimile: (202) 305-0275
                                              meredith.flax@usdoj.gov


                                               /s/ *Kristofor Swanson*
                                              KRISTOFOR SWANSON, Trial Attorney
                                              Colo. Bar No. 39378
                                              Natural Resources Section
                                              Ben Franklin Station, P.O. Box 7611
                                              Washington, D.C. 20044-7611
                                              Telephone:  (202) 305-0248
                                              Facsimile:  (202) 305-0506
                                              kristofor.swanson@usdoj.gov

                                              *Counsel for Federal Defendants*


        Dated:  October 22, 2013               /s/ *Sarah Uhlemann*
                                              Sarah Uhlemann (WA Bar No. 41164)*
                                              Center for Biological Diversity
                                              2400 NW 80th Street, #146
                                              Seattle, WA 98117
                                              Telephone:  (206) 327-2344

Joint ~~Proposed~~ Schedule and Stipulation         4
4:12-cv-6325 SBA

Facsimile: (415) 436-9683
suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org

*Counsel for Plaintiffs*


PURSUANT TO STIPULATION, IT IS SO ORDERED, except that the Case Management Conference scheduled for **October 31, 2013 at 3:15 p.m.** is CONTINUED to **November 13, 2013 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiffs are responsible for filing the joint statement on or before **November 4, 2013**. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiffs are responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

10/24/2013
Date

*signature*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Joint ~~Proposed~~ Schedule and Stipulation    5
4:12-cv-6325 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated:  October 22, 2013    /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov