Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

ROBERT G. DREHER,
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

MEREDITH L. FLAX
Senior Trial Attorney
(D.C. Bar No. 468016)
Wildlife & Marine Resources Section
KRISTOFOR SWANSON
Trial Attorney
(CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404; (202) 305-0248
Facsimile: (202) 305-0275; (202) 305-0506
meredith.flax@usdoj.gov
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, <br><br> Defendants. | 4:12-cv-6325 SBA <br><br> **STIPULATION FOR EXTENSION OF TIME RE: ADMINISTRATIVE RECORD** |

Pursuant to Local Rules 6-1, 6-2, and 7-12, the Parties jointly propose and stipulate to extend the current January 31, 2014 deadline for notifying the Court whether the Parties agree that the administrative record in this case in complete:

WHEREAS, on December 13, 2012, Plaintiffs Center for Biological Diversity, Pacific Environment, and Turtle Island Restoration Network filed this action against Defendants Export-Import Bank of the United States and Fred P. Hochberg, in his official capacity as Chairman and President of the Bank. Plaintiffs alleged Defendants violated the Endangered Species Act ("ESA"), the National Historic Preservation Act ("NHPA"), and the Administrative Procedure Act ("APA") in funding a natural gas project near Queensland, Australia. Plaintiffs amended their complaint on October 4, 2013, alleging Defendants violated the same laws in funding a second, adjacent natural gas facility and further alleging Defendants violated the Freedom of Information Act ("FOIA") in failing to properly and timely respond to Plaintiff's FOIA request;

WHEREAS, on November 4, 2013, the Parties filed a Case Management Statement wherein the Parties proposed that Defendants would submit the administrative record by December 20, 2013. The Parties further proposed that, by January 31, 2014, (1) the Parties would file a status report notifying the Court that the record is complete, or (2) Plaintiffs would file a motion regarding the completeness/sufficiency of the record. Following a Telephone Case Management Conference on November 13, 2013, the Court directed Defendants to file the administrative record by December 20, 2013 and directed the Parties to notify the Court whether the administrative record is complete by January 31, 2014. The Court further set a Telephone Case Management Conference for March 5, 2014, and pursuant to this Court's Standing Order, the Parties must file a Case Management Statement by February 24, 2014;

WHEREAS, on November 12, 2013, Defendants filed a motion to dismiss Plaintiffs' ESA claim. The motion is fully briefed and still pending before the Court. Defendants have not moved to dismiss Plaintiffs' NHPA or FOIA claims; and

WHEREAS, on December 19, 2013, Defendants filed their administrative record and privilege log. On January 14, 2014, the Parties conferred regarding the sufficiency of the administrative record and privilege log. Defendants are currently considering Plaintiffs' requests for clarification and

supplementation. The Parties are working to resolve any dispute without the Court's intervention; however, the Parties respectfully request additional time to address the issues raised.

Therefore, the Parties jointly propose and stipulate to the following:

(1) The Court will vacate the January 31, 2014 deadline regarding the administrative record to allow the Parties additional time to resolve any record dispute;

(2) The Parties will continue to confer in good faith to resolve any record issues;

(3) In the Parties' February 24, 2014 Case Management Statement, Parties will notify the Court whether they have resolved any disputes, and, if not, the Parties will propose a briefing schedule for presenting any remaining disputes to the Court for resolution; and

(4) The Parties will propose a summary judgment briefing schedule within 10 days of the Court's order granting or denying Defendants' motion to dismiss, the Parties' notice regarding the completeness of the administrative record, or the Court's resolution of any pending motions regarding the record, whichever is later.

The Parties do not believe this extension will substantially delay resolution of this case. To the contrary, any resolution of administrative record issues without judicial intervention will negate the need for any briefing on the issue.

Dated: January 29, 2014              Respectfully submitted,

 /s/  Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone:  (206) 327-2344
Facsimile:  (415) 436-9683
Email:  suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile:  (760) 366-2669
Email:  bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*


ROBERT G. DREHER, Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov


 /s/ Kristofor R. Swanson____
KRISTOFOR R. SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1/30/2014
Date

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in this filing for the signature of Defendants' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: January 29, 2014

                                       /s/ Sarah Uhlemann
                                       Sarah Uhlemann (WA Bar No. 41164)
                                       Center for Biological Diversity
                                       2400 NW 80th Street, #146
                                       Seattle, WA 98117
                                       Phone: (206) 327-2344
                                       Facsimile: (415) 436-9683
                                       Email: suhlemann@biologicaldiversity.org