Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

KRISTOFOR SWANSON
Trial Attorney
(CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*
*[add'l attorneys in signature block]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | 4:12-cv-6325 SBA |
| Plaintiffs, | JOINT NOTICE OF SUBMITTED MATTER |
| v. | |
| EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, | |
| Defendants. | |

Pursuant to Civil L.R. 7-13, Plaintiffs Center for Biological Diversity, Pacific Environment, and Turtle Island Restoration Network and Defendants Export-Import Bank of the United States and Fred P. Hochberg jointly and respectfully submit notice that Defendants' Motion to Dismiss the First Claim for Relief has been under submission for more than 120 days.[1] The motion has been fully briefed since December 10, 2013. A hearing on the motion was originally scheduled for January 21, 2014 but was removed from the calendar.

Dated:  May 30, 2014                    Respectfully submitted,

 /s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone:  (206) 327-2344
Facsimile:  (415) 436-9683
Email:  suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile:  (760) 366-2669
Email:  bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone:  (415) 436-9682
Facsimile:  (415) 436-9683
Email:  miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

---

[1] Defendants' motion to dismiss only addresses Plaintiffs' Endangered Species Act ("ESA") claim; Defendants have not moved to dismiss Plaintiffs' National Historic Preservation Act ("NHPA") or Freedom of Information Act ("FOIA") claims.

SAM HIRSCH, Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

 /s/ Kristofor R. Swanson_____
KRISTOFOR R. SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0248
Facsimile:  (202) 305-0506
kristofor.swanson@usdoj.gov

MELINDA HAAG
UNITED STATES ATTORNEY

MICHAEL T. PYLE
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
michael.t.pyle@usdoj.gov

*Attorneys for Defendants*

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in this filing for the signature of Defendants' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: May 30, 2014

        /s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org