Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

KRISTOFOR SWANSON
Trial Attorney
(CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*
*[add'l attorneys in signature block]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, <br><br> Defendants. | 4:12-cv-6325 SBA <br><br> **JOINT ~~PROPOSED~~ SCHEDULE AND STIPULATION** |

The Parties hereby update the Court on their discussions regarding the administrative record and jointly propose and stipulate to the following schedule for further proceedings in this case:

**Current Procedural Posture**

Defendants filed their Motion to Dismiss the First Claim for Relief on November 12, 2013, and the motion has been fully briefed since December 10, 2013.[1] *See* ECF No. 41. A hearing on the motion was originally scheduled for January 21, 2014 but was removed from the calendar. On May 30, 2014, the Parties jointly filed a notice pursuant to Civil L.R. 7-13, as Defendants' motion has been under submission for more than 120 days.

While Defendants' motion to dismiss has been pending, the Parties have been conferring in an attempt to resolve any disputes regarding the administrative record. On December 19, 2013, Defendants filed and produced the administrative record and privilege log. Plaintiffs raised several questions and concerns regarding the sufficiency of the record and log, and, in response, Defendants agreed to supplement and revise the record, indices, and log. In their February 24, 2014 Case Management Report, the Parties agreed that Defendants would provide a revised privilege log by February 28, 2014 and would supplement the record, as appropriate, by March 27, 2014. *See* ECF No. 50. However, the Court continued the March 5, 2014 and May 7, 2014 Telephonic Case Management Conferences and did not enter a scheduling order. Defendants provided Plaintiffs with revised administrative record indices and a revised privilege log by February 28, 2014, and with supplemental and revised administrative record documents over the past several months. Defendants filed a revised and amended administrative record with the Court on May 29, 2014.

**Proposed Schedule for Further Proceedings**

The Parties believe this case can be resolved on cross-motions for summary judgment based upon the administrative record.[2] While Plaintiffs do not concede that the scope of the record, including

---

[1] Defendants' motion to dismiss only addresses Plaintiffs' Endangered Species Act ("ESA") claim; Defendants have not moved to dismiss Plaintiffs' National Historic Preservation Act ("NHPA") or Freedom of Information Act ("FOIA") claims.

[2] If Defendants rely on redacted information or withheld documents to support their summary judgment motion, Plaintiffs reserve the right to challenge Defendants' reliance on and/or privilege designations for any such documents. Plaintiffs and Defendants further reserve the right to assert, as necessary and

Joint ~~Proposed~~ Schedule and Stipulation 2
4:12-cv-6325 SBA

all redactions and exclusions, is legally sufficient or would be appropriate in other circumstances, the Parties have nevertheless agreed that summary judgment briefing can and should proceed as soon as the Court resolves Defendants' pending motion to dismiss.

Additionally, the Parties recognize that the administrative record contains many very lengthy documents. Defendants' revised and amended administrative record contains nearly 50,000 pages. At the November 13, 2013 case management conference, the Court had requested a courtesy hard copy of the administrative record. Given the on-going discussions regarding the adequacy of the record, and the revisions and amendments thereto, Defendants have not yet provided that courtesy copy. Such a hard copy, however, would fill nearly 50 four-inch binders. Rather than burden the Court with that much paper, the Parties have agreed and propose that, at the close of summary judgment briefing, Defendants will provide the Court with a hard-copy appendix containing those portions of the administrative record to which the Parties cite in briefing.

Based upon the foregoing, the Parties hereby propose and stipulate to the following schedule:

(1) The Parties will propose a summary judgment briefing schedule within 10 days of the Court's order granting or denying Defendants' motion to dismiss.

(2) Within the 21-days of the last brief allowed for in the summary judgment briefing schedule, Defendants will submit to the Court an appendix containing the administrative record documents (or relevant portions thereof) to which the Parties cited.

Dated: May 30, 2014                 Respectfully submitted,

_s/ Sarah Uhlemann_____
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

---

appropriate, any applicable exceptions to the rules governing review based upon an administrative record and/or any defenses to any such assertions.

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

SAM HIRSCH, Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

 *s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

MELINDA HAAG
UNITED STATES ATTORNEY

MICHAEL T. PYLE
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Telephone: (408) 535-5087
Facsimile: (408) 535-5081
michael.t.pyle@usdoj.gov

*Attorneys for Defendants*

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiffs' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: May 30, 2014

                                                      /s/  *Kristofor R. Swanson*
                                                      Kristofor R. Swanson

PURSUANT TO STIPULATION, IT IS SO ORDERED:

  6/2/2014
Date                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge