Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Facsimile: (415) 436-9683
Email: suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232
Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

SAM HIRSCH
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

KRISTOFOR SWANSON
Trial Attorney
(CO Bar No. 39378)
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*
*[add'l attorneys in signature block]*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>  Plaintiffs,<br>  v.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*,<br><br>  Defendants. | 4:12-cv-6325 SBA<br><br>JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ SCHEDULE<br><br>Date: August 27, 2014<br>Time: 3:00 p.m.<br>Place: Conference Call<br>Judge: Hon. Saundra Brown Armstrong |

Joint Case Management Statement
and ~~Proposed~~ Schedule                                        4:12-cv-06325 SBA

| 1 | In advance of the case management conference scheduled for August 27, 2014, the parties |
| 2 | jointly submit this report on case management and proposed schedule: |

**Procedural Posture**

On December 13, 2012, Plaintiffs Center for Biological Diversity, Pacific Environment, and Turtle Island Restoration Network filed the above-captioned action against Defendants Export-Import Bank of the United States and Fred P. Hochberg, in his official capacity as Bank Chairman and President. After the Court denied Defendants' motion to transfer venue, Plaintiffs amended their complaint on October 4, 2013. Plaintiffs allege that Bank funding for two natural gas projects violated the Endangered Species Act ("ESA"), the National Historic Preservation Act ("NHPA"), and the Administrative Procedure Act. Plaintiffs also separately allege Defendants have violated the Freedom of Information Act ("FOIA").

On November 12, 2013, Defendants filed a motion to dismiss Plaintiffs' ESA claim but did not move to dismiss the NHPA or FOIA claims. On August 12, 2014, the Court granted Defendants' motion to dismiss Plaintiffs' ESA claim and provided Plaintiffs 21 days to amend their complaint. ECF No. 62. Plaintiffs intend to amend their complaint.

Additionally, during the pendency of the motion to dismiss, the parties conferred regarding the administrative record, and Defendants filed a supplemented/amended administrative record on May 29, 2014. ECF Nos. 54; 55. On May 30, 2014, the parties submitted a Joint Proposed Schedule and Stipulation and committed to propose a summary judgment briefing schedule within 10 days of the Court's order granting or denying Defendants' motion to dismiss. *See* ECF No. 57. The Court approved that proposal on June 2, 2014. ECF No. 59. In light of Plaintiffs' stated intention to file an amended complaint, however, the parties are not prepared to propose a summary judgment or other schedule until the amended complaint has been filed and Defendants have reviewed the amendment and determined how to respond.

**Proposed Schedule**

Accordingly, the parties propose the following schedule:

**September 2, 2014:** Last day for Plaintiffs to file an amended complaint.

**September 12, 2014:** The parties shall file a joint notice and proposed schedule wherein Defendants shall state how they intend to respond to Plaintiffs' amended complaint and the parties shall propose an appropriate briefing schedule for all claims.

Dated: August 19, 2014

Respectfully submitted,

  /s/  Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone:  (206) 327-2344
Facsimile:  (415) 436-9683
Email:  suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232
Facsimile:  (760) 366-2669
Email:  bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone:  (415) 436-9682
Facsimile:  (415) 436-9683
Email:  miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

SAM HIRSCH, Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611

|   |   |
|---|---|
| 1 | Washington, D.C. 20044-7611 |
| 2 | Telephone: (202) 305-0404 |
|   | Facsimile: (202) 305-0275 |
| 3 | meredith.flax@usdoj.gov |
| 4 | /s/ Kristofor R. Swanson |
| 5 | KRISTOFOR R. SWANSON, Trial Attorney |
|   | Colo. Bar No. 39378 |
| 6 | Natural Resources Section |
|   | Ben Franklin Station, P.O. Box 7611 |
| 7 | Washington, D.C. 20044-7611 |
| 8 | Telephone: (202) 305-0248 |
|   | Facsimile: (202) 305-0506 |
| 9 | kristofor.swanson@usdoj.gov |

MELINDA HAAG
UNITED STATES ATTORNEY

MICHAEL T. PYLE
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
michael.t.pyle@usdoj.gov

*Attorneys for Defendants*

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Defendants' counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: August 19, 2014

        /s/ Sarah Uhlemann
Sarah Uhlemann

Joint Case Management Statement
and ~~Proposed~~ Schedule     3     4:12-cv-06325 SBA

1 | IT IS SO ORDERED:
2
3 | ___8/27/2014___          ___/s/ Saundra B. Armstrong___
  | Date                      SAUNDRA BROWN ARMSTRONG
4 |                           United States District Judge