| | |
|---|---|
| Sarah Uhlemann (WA Bar No. 41164)* | SAM HIRSCH |
| Center for Biological Diversity | Acting Assistant Attorney General |
| 2400 NW 80th Street, #146 | U.S. Department of Justice |
| Seattle, WA 98117 | Environment & Natural Resources Division |
| Phone: (206) 327-2344 | |
| Facsimile: (415) 436-9683 | MEREDITH L. FLAX |
| Email: suhlemann@biologicaldiversity.org | Senior Trial Attorney (D.C. Bar No. 468016) |
| *Admitted *pro hac vice* | Wildlife & Marine Resources Section |
| | KRISTOFOR SWANSON |
| Brendan Cummings (CA Bar No. 193952) | Trial Attorney (CO Bar No. 39378) |
| Center for Biological Diversity | Natural Resources Section |
| P.O. Box 549 | Ben Franklin Station, P.O. Box 7611 |
| Joshua Tree, CA 92252 | Washington, D.C. 20044-7611 |
| Phone: (760) 366-2232 | Telephone: (202) 305-0404; (202) 305-0248 |
| Facsimile: (760) 366-2669 | Facsimile: (202) 305-0275; (202) 305-0506 |
| Email: bcummings@biologicaldiversity.org | meredith.flax@usdoj.gov |
| | kristofor.swanson@usdoj.gov |
| Miyoko Sakashita (CA Bar No. 239639) | |
| Center for Biological Diversity | *Attorneys for Defendants* |
| 351 California Street, Suite 600 | *[Additional counsel listed under signature block]* |
| San Francisco, CA 94104 | |
| Phone: (415) 436-9682 | |
| Facsimile: (415) 436-9683 | |
| Email: miyoko@biologicaldiversity.org | |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) 4:12-cv-6325 SBA |
| | ) |
| Plaintiffs, | ) **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| v. | ) |
| | ) |
| EXPORT-IMPORT BANK OF THE UNITED STATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| 1 | WHEREAS, Defendants moved to dismiss the First Claim for Relief in the Amended Complaint |
| 2 | on November 12, 2013. ECF No. 41; |
| 3 | WHEREAS, Defendants have filed the administrative record and a supplement thereto, and the |
| 4 | Parties have agreed that summary judgment briefing should proceed on that record. *See* ECF No. 57; |
| 5 | WHEREAS, on August 12, 2014, the Court issued an Order granting the motion to dismiss and |
| 6 | giving Plaintiffs leave to file an amended complaint within twenty-one days from the date of its Order. |
| 7 | ECF No. 62; |
| 8 | WHEREAS, on August 19, 2014, the Parties filed a Joint Case Management Statement and |
| 9 | Proposed Schedule. ECF No. 63. The Parties proposed that Plaintiffs file an amended complaint by |
| 10 | September 2, 2014 and that the Parties file a joint notice and proposed schedule by September 12, 2014 |
| 11 | in which Defendants would state how they intend to respond to the amended complaint and the Parties |
| 12 | would propose an appropriate briefing schedule for all claims. *Id.*; |
| 13 | WHEREAS, Plaintiffs filed a Second Amended Complaint on August 25, 2014. ECF No. 64; |
| 14 | WHEREAS, on August 27, 2014, the Court held a Case Management Conference and signed the |
| 15 | Order granting the Parties' proposed schedule. ECF Nos. 65, 66; |
| 16 | WHEREAS, Defendants have reviewed the Second Amended Complaint and intend to move to |
| 17 | dismiss the First Claim for Relief; |
| 18 | WHEREAS, as a record review case, trial is unnecessary and the merits of Plaintiffs' claims that |
| 19 | remain after the motion to dismiss can be resolved on cross-motions for summary judgment; and |
| 20 | WHEREAS, to facilitate a more expeditious resolution of this case, the Parties have agreed on a |
| 21 | process to soon begin summary judgment briefing on the Second and Third Claims for Relief. |
| 22 | The Parties thus stipulate, subject to the Court's approval, to the following: |
| 23 | (1) Defendants will file a motion to dismiss the First Claim for Relief in the Second Amended |
| 24 | Complaint by October 10, 2014; Plaintiffs will file an opposition to the motion to dismiss by October |
| 25 | 31, 2014; Defendants will file a reply in support of their motion to dismiss by November 14, 2014; |
| 26 | Defendants will notice the hearing for November 25, 2014. |
| 27 | (2) Plaintiffs will file a motion for summary judgment by March 1, 2015. If, prior to February |
| 28 | 24, 2015, the Court has granted or has yet to rule on the motion to dismiss, Plaintiffs' motion for |

summary judgment will address only the Second and Third Claims for Relief; Defendants will file a combined opposition and cross-motion for summary judgment by May 1, 2015; Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by June 10, 2015; Defendants will file a reply in support of their cross-motion for summary judgment by July 1, 2015.

  (3) Within seven days of any denial of the motion to dismiss, the Parties may propose, as appropriate, a modification to the above summary judgment briefing schedule to allow Plaintiffs time to include the First Claim for Relief in their motion, or a separate summary judgment briefing schedule for the First Claim for Relief.

Dated: September 12, 2014     Respectfully submitted,

SAM HIRSCH, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

  /s/ Meredith L. Flax
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov
KRISTOFOR SWANSON, Trial Attorney
Colo. Bar No. 39378
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0248
Facsimile: (202) 305-0506
kristofor.swanson@usdoj.gov

MELINDA HAAG
UNITED STATES ATTORNEY
MICHAEL T. PYLE
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081

michael.t.pyle@usdoj.gov

*Counsel for Federal Defendants*

Dated: September 12, 2014            /s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Telephone: (206) 327-2344
Facsimile: (415) 436-9683
suhlemann@biologicaldiversity.org
*Admitted *pro hac vice*

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
miyoko@biologicaldiversity.org

*Counsel for Plaintiffs*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED:

9/15/2014
Date                         SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| 1 | <u>ATTORNEY ATTESTATION OF CONCURRENCE</u> |
| 2 | I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i). |

Dated: September 12, 2014              /s/ *Meredith L. Flax*
                                                      MEREDITH L. FLAX, Senior Trial Attorney
                                                      D.C. Bar No. 468016
                                                      Wildlife & Marine Resources Section
                                                      Ben Franklin Station, P.O. Box 7611
                                                      Washington, D.C. 20044-7611
                                                      Telephone: (202) 305-0404
                                                      Facsimile: (202) 305-0275
                                                      meredith.flax@usdoj.gov