UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, PACIFIC ENVIRONMENT, and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPORT-IMPORT BANK OF THE UNITED STATES and FRED P. HOCHBERG, in his official capacity as Chairman and President of the Export-Import Bank of the United States,<br><br>Defendants. | Case No: C 12-06325 SBA<br><br>**JUDGMENT** |

In accordance with and pursuant to the Court's Order on Cross-Motions for Summary Judgment,

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: 3/31/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge